NUMBER
13-11-00178-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
J.C.S. AND K.L.S., CHILDREN

____________________________________________________________

 

                              On
Appeal from the 25th District Court  

                                      of
Gonzales County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Faustino Ortiz III, attempted to perfect an appeal from an order entered by the
25th District Court of Gonzales, County, Texas, in cause no. 24307.  Upon
review of the documents before the Court, it appeared that there was no final,
appealable order or judgment.  The Clerk of this Court notified appellant of
this defect so that steps could be taken to correct the defect, if it could be
done.  See Tex. R. App. P.
37.1, 42.3.   Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction.  Appellant failed to respond to the Court=s notice. 

The
Court, having considered the documents on file and appellant's failure to
correct the defect in this matter, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  See id.  Accordingly, the appeal is
DISMISSED FOR WANT OF JURISDICTION.  See id. 42.3(a),(c).  Any pending
motions are dismissed as moot.

 

PER
CURIAM

Delivered and filed the

19th day of May, 2011.